UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Knoxville

Robert J. Atkins, et.al., )
                               )
                               )
(Enter above the NAME of the   )
plaintiff in this action.)           )

Cause No: 3:13cv189 Mattice/Shirley
Hon. Judge: Don Layton
Jury Trial Demanded.

v.                               )

Anderson County Detention Facility )
Avery Johnson, (cheif) )
Paul White, (Sheriff), et.al., )
(Enter above the NAME of each
defendant in this action.) )

### COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

    B.    If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to the previous lawsuit:

        Plaintiffs: N/A

        Defendants: N/A

1

2. COURT: (If federal court, name the district; if state court, name the county): N/A

3. DOCKET NUMBER: N/A

4. Name of Judge to whom case was assigned: N/A

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: Anderson County Detention Facility

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

   1. What steps did you take? Filed Prisoner Grievance through all levels of Appeal

   2. What was the result? _____

D. If your answer to B is NO, explain why not. N/A

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

F. If your answer is YES,

   1. What steps did you take? Complained to Administrators being told that Jail Does Not have to provide copies, Adequate legal Postage, legal research materials, etc

2

2. What was the result? No Action Taken, response was Jail Does Not have to provide Any legal research materials.

## III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Robert J. Atkins
Present address: Anderson County Detention Facility 308 Public Safety Dr. Clinton, TN 37716

Permanent home address: _____

Address of nearest relative: _____

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Avery Johnson
Official position: Cheif Jail Administrator
Place of employment: Anderson County Detention Facility, 308 Public Safety Dr. Clinton, TN 37716

C. Additional defendants: Anderson County Detention Facility (Jail); 308 Public Safety Dr. Clinton, TN 37716; Paul White, (Sheriff); Anderson County Sheriffs office, 100 N. main Street, Clinton, TN 37716

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

The defendants were deliberatly indifferent to my constitutional Rights. when the defendants implemented policy's and procedures that deny the →

Turn page

3

plaintiff and all others similar situated adequate access to the court when the defendants deliberately put procedures into effect not to provide the plaintiff et. all with adequate access to the courts by denying plaintiff et. all access to the following:

1. Access to legal research materials that would permit plaintiff et. all who are Pro-Se (without Counsel) to adequate state claim's for which relief can be granted in 42 U.S.C. 1983 civil Rights Complaints, collateral pleading such as Post conviction, Habeas, corpus, Petitions, Right of mandam us all other Pro-Se pleadings, or that would give them fair trials as outlined in the US and Tennessee Constitutions. 2. Access to any Blank forms that would allow the Pro-se filings as stated above. 3. Access to any photocopies to properly serve the courts, Prosecutors, defendants (in Civil Actions) as outlined by State and federal Rules of the courts. 4. Denial of adequate supplies to indigent inmates to have meaningful access to the courts such as access to sharpen pencils, adequate paper to prepare pleadings, adequate postage to serve courts and prosecutor and defendants in civil actions. 5. unrecorded unlimited phone access to attorney (private court appointed) where phones are not set up to Block Attorney calls violating attorney client privilage. It is plaintiffs assesting that each of the defendants have acted jointly to put procedures into effect that would deny plaintiff et. all access to the courts where the plaintiff would submit to this court that by the acti of defendants they are violating the plaintiffs constitutional Rights as follows:

The Due Process clause of the 14th Amendment of the U.S. Constitution states that "[N]o State shall... deprive any person of life, liberty, or property, without due process of law..." made Applicable to the States through the 14th amendment US const. Amends V, XIV

4

In this case we are dealing with plaintiffs const. Right to fair trial that is mandated by the Due Process clause of the 5th amendment to the Const. and the plaintiff Const. Right to adequate access to the courts to present claimed issues of constitutional violations where the plaintiff would submit to this court that it seems self evident that if a plaintiff cannot adequately present his pleadings he cannot have a fair trial and present his claimed constitutional violations to the courts

## Please Read This bottom Message

---

While filing this I was threatened by Anderson County Correctional Officers that if I proceed with this complaint I will be physicaly harmed and that they will make it look as if it was a normal procedure of an inmate resisting authority I have been put on two man because of heresay longer than the inmate's who while incarcerated has assaulted Correctional Officers. They put me on phone restriction because Honorable Fisher granted access to a phone call which they gave me but when my sister was the only person I got hold of to tell the situation to I had told Officer Holstein he told me to put an inmate request form in which he brougt me personaly to sign and I was approved got my phone call but after that I went to my cell and was put on phone restriction for the call

Please turn over page

by a Sgt. Hudson for being approved for the call and then on the next day which was Feb 17, 2013 a corporal McCoig was one of the officers who informed me of what will or might happen to me while filing my agrievance's for law books or a law library and other situations beside's my civil Rights complaint please be informed that this County has used unlawful use of authority and will Keep on until someone is criticaly harmed or worse even dead, in my whole entire time I've never seen such organized crime as these Officer's and the Juridical system use as justice.

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

Rights to law library or law book's + unrecorded unlimited access to attorneys (private court Appointed) where phones are not set up to block attorney calls violating attorney client privilage. but to have them build a law library for all inmates not just me and to have a time limit for it to be built.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____ day of Feb, 20 13.

_____
Signature of plaintiff(s)

5

I Robert Athins has been informed not once but twice that I would be physically, mentally, and emotionally harmed by Anderson County Officer's do to the fact I'am writing agrievances on the fact of how they are prejudice against me I will have a Lieutenant sign this letter after reading if he does not sign then this letter will be sent without his signature.

To whom this may concern I have been maced twice and each time I was not resisting but only pleading my case so that mean's if their is no pleading their's no way of talking out to understand the situation at hand I'am in need of an investigator to investigate these matter's of poor and unlawful use of authority but if I'am dead before you reach me please do investigate this facility because my death will only be of police brutality which like I stated first and second lines of this letter I was informed of physical harm.



Robert Stephen Allmon
ACDF
308 Public Safety Dr.
Clinton, TN 37716

Eastern District of Tennessee
Clerks Office
United States District Court
800 Market St, Suite 130
Knoxville, TN 37902

THE ANDERSON COUNTY
DETENTION FACILITY HAS
NEITHER INSPECTED NOR
CENSORED AND IS NOT
RESPONSIBLE FOR CONTENTS