UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ROBERT J. ATKINS #62997,

    Plaintiff,

v.                                                                3:13-cv-189

AVERY JOHNSON, et al.,

    Defendants.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the court **ORDERS** that this action is **DISMISSED WITH PREJUDICE** for failure to prosecute. The court further **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                                                     */s/Harry S. Mattice, Jr.*
                                                                    HARRY S. MATTICE, JR.
                                                   UNITED STATES DISTRICT JUDGE

    ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
    CLERK OF COURT